IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ITURRALDE,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>TRENT ALLEN,<br>　as Acting Warden, Salinas Valley State Prison,<br><br>　　　　　Respondent. | Case No.: 2:22-cv-00272-KJM KJN P<br><br>**ORDER** |

On GOOD CAUSE SHOWN, it is hereby ordered that petitioner's motion for an extension of time to file a reply to the answer (ECF No. 11) is granted; petitioner is granted until June 15, 2022, to file the reply to the answer.

Dated:  May 10, 2022

　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

It272.eot