UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ITURRALDE,<br><br>        Petitioner,<br><br>    v.<br><br>MATTHEW ATCHLEY,<br><br>        Respondent. | No. 2:22-cv-00272-DJC-KJN-P<br><br>ORDER ADOPTING IN FULL FINDINGS AND RECOMMENDATIONS (ECF NO. 15) |

      Petitioner, a state prisoner proceeding with counsel, has filed this application for a writ of habeas corpus under 28 U.S.C. § 2254.  (*See* ECF No. 1.)  The matter was referred to a United States Magistrate Judge under 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

      On July 5, 2023, the Magistrate Judge filed his Findings and Recommendations that were served on all parties and that contained notice to all parties that any objections to the Findings and Recommendations were to be filed within fourteen (14) days. (*See* ECF No. 15.)  Petitioner timely filed his Objections to the Findings and Recommendations.  (*See* ECF No. 16.)

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully

1

reviewed the entire file, the Court FINDS that the Findings and Recommendations are supported by the record and by proper analysis.

Therefore, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed on July 5, 2023 are ADOPTED IN FULL;
2. Petitioner's application for a writ of habeas corpus (ECF No. 1) is DENIED; and
3. The Court DECLINES to issue the certificate of appealability referenced in 28 U.S.C. § 2253 as Petitioner has not made a substantial showing of the denial of a constitutional right, see 28 U.S.C. § 2253(c)(2).

IT IS SO ORDERED.

Dated: **January 8, 2024**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

DJC3 – Iturralde.22cv272.FNR